# UNITED STATES DISTRICT COURT
for the

Northern District of Indiana

| | |
|---|---|
| WILLIE KEY, LUANN KEY )<br>*Plaintiff* )<br>v. )<br>UNITED STATES STEEL CORPORATION )<br>*Defendant* ) | Civil Action No.   2:11cv362 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

X other:   judgment is entered in favor of the Defendant United States Steel Corporation and AGAINST the Plaintiffs, Willie Key and Luann Key on the American with Disabilities Act claims and Title VII claims.  The Plaintiff's state law claims are dismissed without prejudice                                                                                                                        .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

X decided by Judge   Theresa L. Springmann   on a motion for   summary judgment                                                                                                                        .

Date:   Feb 25, 2014                         *CLERK OF COURT*

                                                                s/T. Castillo
                                                        *Signature of Clerk or Deputy Clerk*